**Order entered February 27, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00101-CV

## IN THE INTEREST OF K.A. AND K.A., CHILDREN

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 85583**

## ORDER

Before the Court is Hunt County District Clerk Susan Spradling's February 25, 2020 request to extend time to file the clerk's record. Ms. Spradling explains that appellant has not provided payment and his indigence is "undetermined." We **GRANT** the request to the extent that we **ORDER** appellant to file written verification he has paid the clerk's fee or is entitled to proceed without payment of costs **within 10 days**. We caution appellant that failure to comply could result in the dismissal of the appeal without further notice. *See* TEX. R. APP. P. 37.3(b).

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE